NORMAN, TIMMONS & Co. *v.* PERKINS *et al., and vice versa.*

HOLDEN, J. Under the facts of this case, the decision therein is controlled by the rulings this day made in the case of *Norman, Timmons & Co.* v. *Smith,* ante, 69.

*Judgment, on main bill of exceptions, reversed; on cross-bill, affirmed. All the Justices concur.*